UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NORTHEAST
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, and LABOR
MANAGEMENT COOPERATION FUNDS,

                Petitioners,

    -against-

FINGER LAKES PROBUILD INC.,

                Respondent.
-------------------------------------------------------------X

For Online Publication Only

**FILED**
**CLERK**
12/22/2017 2:31 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**ORDER**
17-CV-926 (JMA) (AKT)

**AZRACK, United States District Judge:**

        Before the Court is the unopposed motion of petitioners Trustees of the Northeast Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds to confirm an "Audit Order" issued against respondent Finger Lakes Probuild Inc., on November 25, 2016 (the "Order"). (Pet., Ex. D, ECF No. 1.) The Order directs respondent to: (1) submit to an audit of its books and records for the period September 1, 2015 through November 30, 2016; (2) pay all costs relating to the audit, including attorneys' fees and the arbitrator's fee; (3) make all "future contributions" owed to petitioners in a prompt and timely manner; and (4) to pay for all court costs incurred to enforce the Order. (Id. at 2-3.)

        On February 24, 2017, petitioners served a copy of the petition and its supporting memorandum of law on respondent via the New York Department of State's Division of Corporations, Records and Uniform Commercial Code. (Aff. of Service., ECF. No. 9.) Respondent has not responded to the petition.

        Petitioners now ask the Court to: (1) confirm the Order; (2) order respondent to submit to

1

an audit; and (3) award petitioners $1,345.00 in attorneys' fees and costs. (Pet. at 6.) Because respondent has not answered the petition, the Court treats the petition as an unopposed motion for summary judgment. See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

After reviewing the petition, and its supporting documents, the Court grants petitioners summary judgment and confirms the Order. Accordingly, the respondent must submit to an audit as set forth in the Order and pay all related costs, including attorneys' fees and the arbitrator's fee. Further, the Court awards petitioners attorneys' fees and costs totaling $1,345.00. The Clerk of the Court shall enter judgment in favor of petitioners consistent with this order and close this case.

**SO ORDERED.**


Date: December 22, 2017
        Central Islip, New York

                                                                    /s/(JMA)
                                                              Joan M. Azrack
                                                              United States District Judge